# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| AARYANA MALCOLM, *et al*, | STATEMENT OF NO REDACTION |
| Petitioners, | |
| v. | Case Number: 20-cv-02503-MJD-LIB |
| M. STARR*, et al*., | |
| Respondents. | |

The Respondents, by and through Erica H. MacDonald, United States Attorney for the District of Minnesota, and Erin M. Secord, Assistant U.S. Attorney, hereby notifies the Court pursuant to D. Minn. LR 5.6 that it is impracticable to e-file redacted versions of Exhibits 1-14 under 18 U.S.C. § 4246, filed under seal on CM/ECF as Docket No. 37, because of the voluminous personal health information discussed throughout the exhibits. Exhibits 1-14 were filed under seal pursuant D. Minn. LR 5.6(e).

Dated: December 28, 2020

ERICA H. MacDONALD
United States Attorney

*s/ Erin M. Secord*

BY: ERIN M. SECORD
Assistant U.S. Attorney
Attorney ID No. 0391789
Email: erin.secord@usdoj.gov
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415
612-664-5600